IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARIS SORENSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:26-cv-03276-MDH** |
| | ) | |
| **CHRISLYNN PRICE, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiff Charis Sorensen and Defendant Cedar County, Missouri's Joint Stipulation of Dismissal with Prejudice. (Doc. 16). The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

WHEREFORE, after reviewing the parties' Joint Stipulation of Dismissal with Prejudice, the Court hereby **DISMISSES** this case in its entirety, with prejudice, and with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 14, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**